In the Matter of the Application of HENRY V. CLARK, as Sheriff of Orange County, to Vacate the Return of a Certain Execution to the Office of the County

Clerk of Orange County Satisfying a Judgment Recovered by PENNSYLVANIA-DIXIE CEMENT CORPORATION against JOHN L. DUGAN, INCORPORATED, JOHN L. DUGAN and JOHN L. SLOAN. HENRY V. CLARK, as Sheriff of Orange County, Respondent; PENNSYLVANIA-DIXIE CEMENT CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.